United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 12-12400-sr
Darrell A. McKinney, Sr.                                                   Chapter 13
Lisa McKinney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2          Date Rcvd: May 17, 2017
                              Form ID: 138NEW          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
```
db/jdb         +Darrell A. McKinney, Sr.,    Lisa McKinney,    5045 N. 17th Street,    Philadelphia, PA 19141-1537
cr              CAPITAL ONE BANK (USA), N.A. by American InfoSourc,     PO Box 71083,    Charlotte, NC  28272-1083
cr             +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
                 Southfield, MI 48037-0513
12698447       +Am Cred& Col,    921 Oak St,    Scranton, PA 18508-1235
12737248      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
12698448       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12808142       +Bank of America, N.A.,    Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12731592       +Bank of America, N.A.,    successor BAC Home Loan Servicing,
                 fka Countrywide Home Loans Servicing,    c/o Margaret Gairo,
                 123 South Broad Street, Suite 2080,    Philadelphia. PA 19109-1031
12698450      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:  Credit Acceptance,    25505 West 12 Mile Road,
                 Southfield, MI 48034)
12744566        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12698449       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
12699187       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13142358        Federal National Mortgage Association,    (Fannie Mae), creditor c/o Seterus, Inc,    PO Box 1047,
                 Hartford, CT  06143-1047
12698451        Fia Csna/Bank of America,    Attn: Bankruptcy,    Po Box 15021,    Wilmington, DE 19850
12733912       +Michael Schwartz, Esquire,    707 Lakeside Park,    Southampton, PA 18966-4020
12715830       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12698455       +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
12824943       +Seterus, Inc.,    servicer Federal National Mortgage Assoc,     c/o Margaret Gairo,
                 123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 18 2017 01:27:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2017 01:27:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 18 2017 01:27:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy.bnc@ditech.com May 18 2017 01:26:41      Ditech Financial LLC,
                 PO BOX 6154,    Rapid City, SD  57709-6154
12732450        E-mail/Text: bankruptcy@phila.gov May 18 2017 01:27:47      City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12848090        E-mail/Text: bankruptcy@phila.gov May 18 2017 01:27:48      City of Philadelphia, Law Department Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12728458        E-mail/Text: bankruptcy.bnc@ditech.com May 18 2017 01:26:41      Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
12698452       +E-mail/Text: bankruptcy.bnc@ditech.com May 18 2017 01:26:41      Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
12728459        E-mail/Text: bankruptcy.bnc@ditech.com May 18 2017 01:26:41      Green Tree Servicing LLC,
                 Po Box 0049,    Palatine, IL 60055-0049
12834216       +E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2017 01:20:39      LVNV Funding LLC,
                 c/o Resurgent Capital Services, LP,    P O Box 10675,    Greenville SC 29603-0675
12698453       +E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2017 01:20:39      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
12698454        E-mail/PDF: PRA_BK_CASE_UPDATE@portfoliorecovery.com May 18 2017 01:32:05      Portfolio Rc,
                 Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
12774370        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2017 01:39:18
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:  Green Tree Servicing LLC,    PO Box 6154,
                 Rapid City, SD  57709-6154)
13065777*     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:  Green Tree Servicing LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154)
                                                                                   TOTALS: 0, * 2, ## 0
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: May 17, 2017
                              Form ID: 138NEW              Total Noticed: 31
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    Seterus, Inc. as Servicer for Federal National Mortgage
           Association ecfmail@mwc-law.com,  ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor     BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Green Tree Servicing LLC ecfmail@mwc-law.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
           Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
           Loans Servicing, LP fka Countrywide Home Loans Servicing LP ecfmail@mwc-law.com
          MARISA MYERS COHEN    on behalf of Creditor    Federal National Mortgage Association,
           mcohen@mwc-law.com
          MARTHA E. VON ROSENSTIEL    on behalf of Creditor    Federal National Mortgage Association ("Fannie
           Mae"), creditor, c/o Seterus, Inc. marty@mvrlaw.com,  erin@mvrlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Lisa  McKinney msbankruptcy@verizon.net
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Darrell A. McKinney, Sr. msbankruptcy@verizon.net
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
           mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                                       TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Darrell A. McKinney, Sr. and Lisa McKinney

    Debtor(s)

Bankruptcy No: 12−12400−sr

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 5/17/17

124 − 123
Form 138_new