United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-12400-sr
Darrell A. McKinney, Sr.                                            Chapter 13
Lisa McKinney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore            Page 1 of 1            Date Rcvd: Jun 23, 2017
                                Form ID: 195               Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.
```
db/jdb         +Darrell A. McKinney, Sr.,   Lisa McKinney,   5045 N. 17th Street,   Philadelphia, PA 19141-1537
cr              CAPITAL ONE BANK (USA), N.A. by American InfoSourc,   PO Box 71083,   Charlotte, NC  28272-1083
cr             +Credit Acceptance Corporation,   25505 West Twelve Mile Rd,   PO Box 513,
                 Southfield, MI 48037-0513
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcy.bnc@ditech.com Jun 24 2017 01:04:28     Ditech Financial LLC,
                 PO BOX 6154,   Rapid City, SD  57709-6154
cr              E-mail/Text: bankruptcy.bnc@ditech.com Jun 24 2017 01:04:28     Green Tree Servicing LLC,
                 PO Box 6154,   Rapid City, SD  57709-6154
                                                                                              TOTAL: 2
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              ANN E.  SWARTZ    on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E.  SWARTZ    on behalf of Creditor    Seterus, Inc. as Servicer for Federal National Mortgage
               Association ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor   Green Tree Servicing LLC ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              HEATHER STACEY RILOFF    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               heather@mvrlaw.com,    Michelle@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor   Federal National Mortgage Association,
               mcohen@mwc-law.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor   Federal National Mortgage Association ("Fannie
               Mae"), creditor, c/o Seterus, Inc. marty@mvrlaw.com,    erin@mvrlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
              MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Lisa  McKinney msbankruptcy@verizon.net
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Darrell A. McKinney, Sr. msbankruptcy@verizon.net
              PAUL WILLIAM CRESSMAN    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor   Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 20
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Darrell A. McKinney, Sr. and Lisa McKinney  : Case No. 12–12400–sr
    Debtor(s)

***ORDER***
_____

AND NOW, this day , June 23, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court