United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-12400-sr
Darrell A. McKinney, Sr.                                        Chapter 13
Lisa McKinney
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2           Date Rcvd: Jun 23, 2017
                              Form ID: 3180W           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
db/jdb         +Darrell A. McKinney, Sr.,   Lisa McKinney,   5045 N. 17th Street,   Philadelphia, PA 19141-1537
12699187       +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
13142358        Federal National Mortgage Association,   (Fannie Mae), creditor c/o Seterus, Inc,   PO Box 1047,
                 Hartford, CT   06143-1047
12733912       +Michael Schwartz, Esquire,   707 Lakeside Park,   Southampton, PA 18966-4020
12715830       +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12698455       +Seterus Inc,   14523 Sw Millikan Way St,   Beaverton, OR 97005-2352
12824943       +Seterus, Inc.,   servicer Federal National Mortgage Assoc,   c/o Margaret Gairo,
                 123 South Broad Street, Suite 1400,   Philadelphia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 24 2017 01:05:05    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 24 2017 01:04:40
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 24 2017 01:04:58    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12737248        EDI: BANKAMER2.COM Jun 24 2017 00:58:00    FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102
12808142       +EDI: BANKAMER.COM Jun 24 2017 00:58:00    Bank of America, N.A.,   Bank of America, N.A.,
                 7105 Corporate Drive,   Plano, TX 75024-4100
12732450        E-mail/Text: bankruptcy@phila.gov Jun 24 2017 01:05:06    City of Philadelphia,
                 SchoolDistrict of Philadelphia,   Law Department - Tax Unit,   One Parkway Building,
                 1515 Arch Street, 15th Floor,   Philadelphia, PA  19102-1595
12744566        EDI: CAPITALONE.COM Jun 24 2017 00:58:00    Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
12848090        E-mail/Text: bankruptcy@phila.gov Jun 24 2017 01:05:06
                 City of Philadelphia, Law Department  Tax Unit,   One Parkway Building,
                 1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595
12728458        E-mail/Text: bankruptcy.bnc@ditech.com Jun 24 2017 01:04:28    Green Tree Servicing LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
12834216       +EDI: RESURGENT.COM Jun 24 2017 00:58:00    LVNV Funding LLC,
                 c/o Resurgent Capital Services, LP,   P O Box 10675,   Greenville SC 29603-0675
12774370        EDI: PRA.COM Jun 24 2017 00:58:00    Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13065777*     ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
               (address filed with court: Green Tree Servicing LLC,   PO Box 6154,
                 Rapid City, SD 57709-6154)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: admin                  Page 2 of 2                  Date Rcvd: Jun 23, 2017
                               Form ID: 3180W               Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Seterus, Inc. as Servicer for Federal National Mortgage
               Association ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor   Green Tree Servicing LLC ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               heather@mvrlaw.com,    Michelle@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing LP ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    Federal National Mortgage Association,
               mcohen@mwc-law.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae"), creditor, c/o Seterus, Inc. marty@mvrlaw.com,    erin@mvrlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Lisa  McKinney msbankruptcy@verizon.net
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Darrell A. McKinney, Sr. msbankruptcy@verizon.net
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 20
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Darrell A. McKinney Sr.** | Social Security number or ITIN | **xxx–xx–2084** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lisa McKinney** | Social Security number or ITIN | **xxx–xx–4397** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **12–12400–sr** | | |

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darrell A. McKinney Sr.                                          Lisa McKinney

<u>6/22/17</u>                                          **By the court:**       <u>Stephen Raslavich</u>
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**